**No. 10-380. Terra XXI, Ltd., et al., Petitioners v. AG Acceptance Corporation, et al.**

562 U.S. 982, 131 S. Ct. 436, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8219.

October 18, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.

**No. 10-5584. Leroy D. Cropper, Petitioner v. Arizona.**

562 U.S. 982, 131 S. Ct. 415, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8306.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 223 Ariz. 522, 225 P.3d 579.